**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Garcia-Hernandez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**JESUS ANTONIO GARCIA-HERNANDEZ,**<br>Defendant. | Case No. 08mj8699<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: August 13, 2008

*s/ James M. Chavez*
Federal Defenders of San Diego, Inc.
*james_chavez@fd.org*

**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Garcia-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**JESUS GARCIA-HERNANDEZ,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08mj8699<br><br><br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

ASSISTANT UNITED STATES ATTORNEY
Efile.dkt.gc1@usdoj.gov

Dated: August 13, 2008

s/ *James M. Chavez*
JAMES M. CHAVEZ
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: james_chavez@fd.org